USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 16, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **DAVID HEARD,** | |
| **Plaintiff,** | 16-cv-1079 (ALC) (BCM) |
| -against- | |
| **STATUE CRUISES LLC,** | **ORDER** |
| **Defendant.** | |

**ANDREW L. CARTER, JR., United States District Judge:**

The Parties shall submit a status letter regarding the status of this case by August 20, 2021.

**SO ORDERED.**

Dated:   August 16, 2021
         New York, New York

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**United States District Judge**