USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 18, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

DAVID HEARD,

                   Plaintiff,                              16-cv-1079 (ALC)

          -against-                                ORDER

STATUE CRUISES LLC,

                   Defendant.

------------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Plaintiff's letter motion for a pre-motion conference to reopen discovery and Defendant's opposition. The Court denies the request for a pre-motion conference. Discovery closed in March 2019, over two and a half years ago. The parties are ordered to continue summary judgment briefing.

The Court stayed the briefing schedule pending the decision on the letter motion. ECF No. 97. The briefing schedule is accordingly amended as follows:

    Defendant's Motion for Summary Judgment:         December 6, 2021

    Plaintiff's Opposition:                                         January 4, 2022

    Defendant's Reply:                                             February 3, 2022

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 95.

**SO ORDERED.**

Dated:   **November 18, 2021**
          **New York, New York**                              **ANDREW L. CARTER, JR.**
                                                                      **United States District Judge**